Leslie Ray ABBOTT *v.* STATE of Arkansas

CR 98-1256                                    977 S.W.2d 668

Supreme Court of Arkansas
Opinion delivered November 5, 1998

*Michael W. Langley,* for appellant.

No response.

P ER CURIAM. Leslie Ray Abbott, by his attorney, has filed a motion for rule on the clerk.

His attorney, Michael W. Langley, admits in his motion that the record was tendered late due to a mistake on his part.

■ We find an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion for rule on the clerk is, therefore, granted. A copy of this opinion will be forwarded to the committee on Professional Conduct.